JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7102
     FAX: (415) 436-6748
     kimberly.friday@usdoj.gov

MICHAEL D. GRANSTON
EDWARD CROOKE
GORDON E. SHEMIN
Attorneys, Civil Division
United States Department of Justice
     P.O. Box 261, Ben Franklin Station
     Washington, D.C. 20044
     Telephone: (202) 305-4880
     gordon.e.shemin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* ALLEN KUO, | CASE NO. 17 cv 2612 JSC |
| Plaintiffs, | **NOTICE OF ELECTION TO DECLINE INTERVENTION; [~~PROPOSED~~] ORDER TO UNSEAL** |
| v. | |
| GILEAD SCIENCES, INC., | **FILED UNDER SEAL** |
| Defendant. | |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies

the Court of its decision not to intervene in this action. In addition, Carrie Bashaw, Senior Counsel for

the Washington State Medicaid Fraud Control Unit, and Erika Hiramatsu, Deputy Attorney General for

the State of California, have represented to the undersigned that the States of California, Colorado,

1  Connecticut, Florida, Georgia, Illinois, Louisiana, Maryland, Massachusetts, Michigan, Minnesota,

2  Nevada, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Texas, Virginia, and

3  Washington, as well as the District of Columbia (collectively the "States"), named as co-plaintiffs in this

4  action have also determined not to intervene in this action.  Collectively the United States and States are

5  referred to in this action as the "Government."

6

7  Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C.

8  § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing,

9  however, that the "action may be dismissed only if the court and the Attorney General give written

10  consent to the dismissal and their reasons for consenting." *Id.*  The United States Court of Appeals for

11  the Ninth Circuit has held that, notwithstanding this language, the United States only has the right to a

12  hearing when it objects to a settlement or dismissal of the action.  *U.S. ex rel. Green v. Northrop Corp.,*

13  59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.,* 25 F.3d 715, 723-25 (9th

14  Cir. 1994).  Therefore, the United States requests that, should either the relator or the defendants propose

15  that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States

16  with notice and an opportunity to be heard before ruling or granting its approval.

17

18  Furthermore, 31 U.S.C. § 3730(c)(3) permits the United States to be served with copies of all

19  pleadings filed in the action.  Accordingly, the undersigned counsel for the United States will file a

20  Notice of Appearance for the purpose of receiving ECF notifications of filings in this case.  The United

21  States reserves its right to order any deposition transcripts and to intervene in this action, for good cause,

22  at a later date.  The United States also reserves its right to seek the dismissal of the relator's action or

23

24  claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C.

25  § 3730(c)(4).

26  Additionally, except for Maryland, the States, pursuant to their respective False Claims Acts or

27  analogous state statutes, reserve their right to intervene at a later date upon a showing of good cause and

28

request that all pleadings, including Notices of Appeal, court orders, motions or other pleadings filed in this action be served upon the States, *see, e.g.* Cal. Gov't Code § 12652(f)(1), Rev. Code Wash. § 74.66.060(3). The States also reserve their right to order any deposition transcript in this case; *see, e.g.* Cal. Gov't Code § 12652(f)(1), Rev. Code Wash. § 74.66.060(3), and request that if the relator or the defendant proposes that any claims be dismissed, settled, or otherwise discontinued, the Court require that such litigant(s) solicit the written consent of the States before applying for Court approval, *see, e.g.,* Cal. Gov't Code § 12652(c)(1), Rev. Code Wash. § 74.66.050(1).

With respect to Maryland, the False Health Claims Act provides, "[i] f the State does not elect to intervene and proceed with the action ... before unsealing the complaint, the court shall dismiss that action." Md. Code Ann., Health Gen, § 2-604(a) (7). Accordingly, Maryland requests that all claims asserted on its behalf be dismissed without prejudice.

Finally, the United States requests that the Court unseal: (1) Relator's Complaint; (2) the summons, if any; (3) this Notice of Election to Decline Intervention, with (Proposed) Order to Unseal; and (4) all other matters occurring in this action after the date the Court enters the unsealing order.

DATED: February 5, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

DAVID L. ANDERSON
United States Attorney

KIMBERLY PRIDAY
Assistant United States Attorney

DATED: February 5, 2019

MICHAEL D. GRANSTON
EDWARD CROOKE
GORDON E. SHEMIN
Civil Division, U.S. Department of Justice
Attorneys for the United States of America

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**On behalf of the States:**

XAVIER BECERRA
Attorney General of California

ERIKA HIRAMATSU
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd. #315
San Diego, CA 92108
(619)358-1002
Erika.Hiramatsu@doj.ca.gov
*Attorneys for State of California*

ROBERT M. McKENNA
Washington Attorney General

CARRIE L. BASHAW, WSBA #20253
Senior Counsel
WA Medicaid Fraud Control Unit
P.O. Box 40114
Olympia, WA  98104
Telephone: (360) 586-8888
Email: carrieb@atg.wa.gov

NOTICE OF ELECTION TO DECLINE INTERVENTION
17 CV 2612 JSC                                          5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No.: 17-cv-02612-JSC |
| Plaintiffs, | *SEALED* |
| v. | **CERTIFICATE OF SERVICE** |
| GILEAD SCIENCES INC, | |
| Defendants. | |

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 2/11/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Carrie L. Bashaw
WA Medicaid Fraud Control Unit
P.O. Box 40114
Olympia, WA 98104

Erika  Hiramatsu
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road #315
San Diego, CA 92108

Gordon E. Shemin
United States Department of Justice Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Joseph R. Saveri
Joseph Saveri Law Firm, Inc.
601 California Street, Suite 1000
San Francisco, CA 94108

United States District Court
Northern District of California

Kimberly  Friday
U.S. Attorney's Office Civil Division
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Nicomedes Sy Herrera
Joseph Saveri Law Firm, Inc.
601 California Street, Suite 1000
San Francisco, CA 94108

Dated: 2/11/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to
the Honorable Jacqueline Scott Corley

United States District Court
Northern District of California