Joseph R. Saveri (State Bar No. 130064)
Nicomedes Sy Herrera (State Bar No. 275332)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email: jsaveri@saverilawfirm.com
          nherrera@saverilawfirm.com

*Attorneys for Plaintiff-Relator Allen Kuo*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, FLORIDA, GEORGIA, ILLINOIS, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, TEXAS, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, <br><br> *EX REL.* ALLEN KUO, <br><br> PLAINTIFFS, <br><br> V. <br><br> GILEAD SCIENCES, INC., <br><br> DEFENDANT. | Case No.: 3:17-cv-02612-JSC <br><br> **PLAINTIFF-RELATOR ALLEN KUO'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

## NOTICE OF VOLUNTARY DISMISSAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-Relator Allen Kuo ("Relator") voluntarily dismisses this action in its entirety. Under Federal Rule of Civil Procedure 41(a)(1)(B), because this is Relator's first voluntary dismissal, the dismissal is without prejudice to his right, or the rights of the United States or the States of California, Colorado, Connecticut, Florida, Georgia, Illinois, Louisiana, Maryland, Michigan, Minnesota, Nevada, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Texas, and Washington; the Commonwealths of Massachusetts and Virginia; and The District Of Columbia (collectively, the "States"), to later pursue any and all claims arising from the facts or issues alleged in Relator's First Amended Complaint, should they so choose.

Dated: March 25, 2019                By:   */s/ Joseph R. Saveri*
                                            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Nicomedes Sy Herrera (State Bar No. 275332)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        nherrera@saverilawfirm.com

*Attorneys for Plaintiff-Relator Allen Kuo*

**CERTIFICATE OF SERVICE**

I, Kevin E. Rayhill, an attorney at the Joseph Saveri Law Firm, Inc., certify that the foregoing **PLAINTIFF-RELATOR ALLEN KUO'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** was served on March 25, 2019, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

By: _____*/s/ Kevin E. Rayhill*_____