1  JOSEPH H. HUNT
   Assistant Attorney General
2
   DAVID L. ANDERSON (CABN 149604)
3  United States Attorney
   SARA WINSLOW (DCBN 457643)
4  Chief, Civil Division
   KIMBERLY FRIDAY (MABN 660544)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7102
       FAX: (415) 436-6748
8      kimberly.friday@usdoj.gov

9  MICHAEL D. GRANSTON
   EDWARD CROOKE
10 GORDON E. SHEMIN
   Attorneys, Civil Division
11 United States Department of Justice
       P.O. Box 261, Ben Franklin Station
12     Washington, D.C. 20044
       Telephone: (202) 305-4880
13     gordon.e.shemin@usdoj.gov

   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* ALLEN KUO, | CASE NO. 17 cv 2612 JSC |
| Plaintiffs, | **NOTICE OF CONSENT TO DISMSSAL WITHOUT PREJUDICE** |
| v. | |
| GILEAD SCIENCES, INC., | |
| Defendant. | |

On March 25, 2019, Relator Allen Kuo filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is

NOTICE OF CONSENT TO DISMISSAL
17 CV 2612 JSC

commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

In addition, the States of California, Colorado, Connecticut, Florida, Georgia, Illinois, Louisiana, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Texas, Virginia, and Washington, as well as the District of Columbia, named as co-plaintiffs in this action hereby notify the Court of their consent to the dismissal of this action without prejudice.

DATED: March 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

DAVID L. ANDERSON
United States Attorney

*/s/ Kimberly Friday*
KIMBERLY FRIDAY
Assistant United States Attorney

MICHAEL D. GRANSTON
EDWARD CROOKE
GORDON E. SHEMIN
Civil Division, U.S. Department of Justice

Attorneys for the United States of America

**On behalf of the States:**

XAVIER BECERRA
Attorney General of California

*/s/ Erika Hiramatsu*
ERIKA HIRAMATSU
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd. #315
San Diego, CA 92108
(619)358-1002
Erika.Hiramatsu@doj.ca.gov
*Attorneys for State of California*

ROBERT M. McKENNA
Washington Attorney General

*/s/ Carrie Bashaw*
CARRIE L. BASHAW, WSBA #20253
Senior Counsel
WA Medicaid Fraud Control Unit
P.O. Box 40114
Olympia, WA 98104
Telephone: (360) 586-8888
Email: carrieb@atg.wa.gov
*Attorneys for State of Washington*

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that I have conferred with the listed counsel regarding this filing. The listed counsel have represented that they concur in the filing of this document and that I am authorized to file it on their behalf.

DATED: March 27, 2019

DAVID L. ANDERSON
United States Attorney

*/s/ Kimberly Friday*
KIMBERLY I. FRIDAY
Assistant United States Attorney